IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS | § | CRIMINAL NO. B-08-1010 |
| ADRIAN GONZALEZ | § | |

## ORDER

BE IT REMEMBERED on this 12th day of January, 2009, the Court reviewed the file in the above-captioned matter and specifically the Report and Recommendation of the United States Magistrate Judge filed October 08, 2008, wherein the defendant Adrian Gonzalez waived appearance before this Court and appeared before the United States Magistrate Judge Felix Recio for the taking of a felony guilty plea and Federal Rule of Criminal Procedure Rule 11 Allocution. The magistrate judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant Adrian Gonzalez to the Report and Recommendation, the Court enters the following order:

IT IS ORDERED that the Report and Recommendation of the United States Magistrate Judge be and is hereby adopted. The Court finds the Defendant Adrian Gonzalez, guilty of the offense of knowing and in reckless disregard did transport and move, and attempt to transport and move an undocumented alien within the United States, from near Brownsville, Texas, to near Brownsville, Texas, by means of a motor vehicle and by guiding on foot, in violation of 8 U.S.C. § 1324(a)(1)(A)(ii) and (a)(1)(A)(v)(II).

SIGNED this the 12th day of January, 2009.

Andrew S. Hanen
United States District Judge